

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Gustavo Valencia, | § | No. 08-16-00165-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05521) |
| | § | |

## **O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **May 5, 2017.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rachel Simons, Court Reporter for the 168th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **May 5, 2017.**

If the Reporter's Record is not filed with this Court by May 5, 2017, this Court will find it necessary to send this case back to the trial court for a hearing as to why the Reporter's Record has not been filed.

IT IS SO ORDERED this 5th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.